# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | | |
|---|---|---|
| **WAYNE T. SPROUSE** | ) | **PLAINTIFF** |
| | ) | |
| **vs.** | ) | **Civil Action No. 3:11CV767-DCB-JMR** |
| | ) | |
| **W. G. YATES & SONS** | ) | **DEFENDANT** |
| **CONSTRUCTION CO.** | ) | |

## ORDER APPROVING SETTLEMENT

The above styled and numbered cause came on to be heard and considered by the Court upon Joint Motion of the parties for approval of the settlement and upon review, the Court finds that the instant Complaint was filed alleging sex discrimination, sexual harassment, sexually hostile work environment and retaliation in violation of Title VII of the *Civil Rights Act of 1964,* as amended and in addition thereto, Plaintiff is now alleging a violation of the *Fair Labor Standards Act,* as amended. Defendant contends there is absolutely no evidence of sex discrimination, sexual harassment, sexually hostile work environment nor retaliation, both from a factual and legal standpoint and further contend that Plaintiff's belated claim of violation of the *Fair Labor Standards Act* is totally without merit as Plaintiff was an exempt employee under said Act and thus has no valid claim whatsoever.

The parties have alleged and the Court finds that litigation in this matter constitutes a doubtful and disputed claim, that further litigation is hazardous and highly uncertain as to the ultimate outcome and is in the best interest of all the parties that said settlement of all issues between the parties, including the Wage and Hour claim, as provided to the Court for *in camera* review be approved;

It is, therefore, ORDERED that the settlement submitted by the parties and reviewed by the Court for *in camera* review be, and the same hereby is, approved and allowed and the parties are further ORDERED to proceed with said settlement.

SO ORDERED on this the 29th day of October , 2012.

s/David Bramlette
**UNITED STATES DISTRICT JUDGE**